UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | CASE NO: 5:18-CR-099-H-BQ-1 |
| § § § | |
| DAVID SAMUEL AUGUSTUS CANTU § | |

## ORDER OF DETENTION AND FINDING PROBABLE CAUSE

The United States Probation Office petitioned the Court for a violator's warrant, alleging Defendant violated certain conditions of his supervised release. The United States District Judge subsequently issued an arrest warrant for Defendant, and the Government filed a Motion to Revoke Supervised Release. Preliminary revocation and detention hearings, pursuant to Federal Rules of Criminal Procedure 32.1(b)(1) and 32.1(a)(6), respectively, were set for July 29, 2022. Defendant, represented by counsel, filed a written Waiver of Preliminary Revocation Hearing July 27, 2022. *See* ECF No. 51. Through the waiver, Defendant agreed that sufficient probable cause exists to believe Defendant committed the violations alleged. Based on Defendant's waiver, the Court finds that probable cause exists to hold Defendant for a revocation hearing.

Defendant, with advice of counsel, also filed a written Waiver of Detention Hearing, agreeing that "the Court may enter an Order of Detention based solely on the charging document filed herein . . . ." The Court further finds that, based on Defendant's waiver and the charging document, Defendant has failed to establish by clear and convincing

evidence that he would not flee and does not pose a danger to any other person or to the community. It is therefore,

**ORDERED** that Defendant be detained until such time as a Revocation Hearing can be conducted.

The Clerk will furnish a copy of this Order to each attorney of record.

**DATED**: July 29, 2022.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE